AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

RICHARD DUANE MANSFIELD,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1268

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICHARD DUANE MANSFIELD

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 4/25/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD     177301 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 25, 2008                           _/s/ Linda Lopez_
                                                                          LINDA LOPEZ
                                                                          Federal Defenders of San Diego, Inc.
                                                                          225 Broadway, Suite 900
                                                                          San Diego, CA 92101-5030
                                                                          (619) 234-8467 (tel)
                                                                          (619) 687-2666 (fax)
                                                                          e-mail: Linda_Lopez@fd.org